UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARGO ELIZABETH MOORE,**

    **Plaintiff,**

v.                                                        Case No: 6:16-cv-2075-Orl-41GJK

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

                                       /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1). Plaintiff seeks review of a final decision of the Commissioner of Social Security denying her application for Disability Insurance Benefits. United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 16), wherein he recommends that the final decision be reversed and remanded for further proceedings.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further proceedings.

3. The Clerk is directed to enter judgment in favor of Plaintiff. Thereafter, the Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 16, 2018.



Copies furnished to:

Counsel of Record