UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARGO ELIZABETH MOORE,**

    **Plaintiff,**

**v.**                                                             **Case No: 6:16-cv-2075-Orl-41GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 19). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 20), recommending that the Court grant the motion to the extent that it requests $3,990.06 in attorney's fees and $400.00 in costs. However, Judge Kelly recommends that the Court deny the motion to the extent that it asks the Court to order that costs and fees be paid directly to Plaintiff's counsel, pursuant to the assignment provision in Plaintiff's retainer agreement. (*Id.* at 2–3).

After a *de novo* review of the record, and noting that the parties filed a Joint Statement in Response to the Report and Recommendation (Doc. 21) indicating that neither party had any objections, this Court agrees with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 19) is **GRANTED** to the extent that it seeks an award of attorney's fees in the amount of $3,990.06 and costs in the amount of $400.00.

3. Plaintiff is awarded attorney's fees in the amount of $3,990.06.

4. Plaintiff is also awarded costs in the amount of $400.00.

5. In all other respects, the Motion is **DENIED**. The Commissioner may, in her discretion, pay all or part of the attorney's fees directly to Plaintiff's counsel should she determine that it is appropriate to do so.

**DONE** and **ORDERED** in Orlando, Florida on March 5, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record